UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK(CENTRAL ISLIP)
-------------------------------------------------------x

| | |
|---|---|
| | Hearing Time :11:30 am |
| Annette Giglio | |
|         Debtor | September 22, 2011 |
|       CHAPTER 13 | Case No.8-11-73706 |
| | JUDGE Alan S. Trust |

-------------------------------------------------------x

## NOTICE OF MOTION FOR ORDER
## GRANTING *IN REM* RELIEF FROM AUTOMATIC STAY AND
## DISMISSING CHAPTER 13 CASE

SIRS:

      PLEASE TAKE NOTICE that  Howard Poe Custom Homes, LLC("Movant") as the owner of  7 Gull Hill Drive, East Northport, New York by virtue of a Referee's Deed dated May 24, 2011  seeks relief from the automatic stay  so as to allow it to continue to proceed with a holdover action in the Civil Court in Suffolk County, and will move before the Honorable Alan S. Trust, United States Bankruptcy Judge in the Courtroom located at 290 Federal Plaza, Central Islip, New York in Courtroom 960 on September 22, 2011 at 11:30am , or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to , 11 U.S.C 362(d) , granting Movant, it's successors and or/assigns relief from the automatic stay  so as to allow it to proceed with a pending landlord-tenant action to be filed in the civil court in Suffolk County, New York against the former owner Robert Giglio, the debtor Annette Giglio, Susan Giglio, Nicole Giglio, John Doe and Jane Doe .

2. That under 11 U.S.C sec 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C

sec 362(a) as to the Movant's interest in the property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C sec. 362(a) shall not apply to Movant's interest in the property.

3. Dismissing Chapter 13 case pursuant to section 362 (d)(4)(B) in that filing of this petition was part of a scheme to delay, hinder, and defraud creditors that involved multiple bankruptcy filing affecting real property.

4. Granting Movant such other and further relief as is just and proper under the circumstances of this case.

PLEASE TAKE NOTICE that answering affidavits, if any, are required to be served upon the undersigned at least 4 days before the return of this motion.

Dated August 1, 2011
       Flushing, New York

                                    Respectfully submitted,
                                    /s/ Howard S. Warner
                                    _____
                                    Howard S. Warner(hw7032)
                                    Attorney for  Movant
                                    3901 Main Street #400
                                    Flushing, NY 11354
                                    (917) 783-0906

TO:

Annette Giglio
7 Gull Hill Drive
E.Northport,NY 11768

Sean C. Serpe, Esquire
Attorney for debtor
450 Seventh Avenue
Suite 2601
New York, New York 10123

Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset,NY 11791

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, room 560
Central Islip, New York 11722


All creditors